# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DAVID BRON EATON,

    Plaintiff,

v.    Case No. 10-02280

TARGET CORP.,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's June 8, 2012 "Opinion and Order Granting Defendant's Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Target Corp. and against Plaintiff David Bron Eaton.

                                        THOMAS GOULD
                                        CLERK OF THE COURT

Dated: June 8, 2012

                                        BY: s/Lisa Wagner
                                               Lisa Wagner, Deputy Clerk
                                               and Case Manager to
                                               Judge Robert H. Cleland